UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS J. PARIS                :

    Petitioner            :    CIVIL ACTION NO. 3:19-2098

  v.                               :         (JUDGE MANNION)

                                               :

COMM. OF PA,

                                               :

    Respondent          :

                                               :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED.**

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                                       *s/ Malachy E. Mannion*
                                       **MALACHY E. MANNION**
                                       **United States District Judge**

**DATE: August 4, 2021**
19-2098-01-ORDER